**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7212**

OLADAYO OLADOKUN,

        Petitioner - Appellant,

    v.

WARDEN KELLY,

        Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-hc-02083-M-RJ)

Submitted:  May 21, 2024                    Decided:  May 24, 2024

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Oladayo Adeleke Oladokun, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oladayo Adeleke Oladokun, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence.[*]  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Oladokun v. Kelly*, No. 5:23-hc-02083-M-RJ (E.D.N.C. Nov. 9, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The dismissal order is final and appealable because the district court did not grant leave to amend.  *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).